DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## HOWELL v. TREECE

No. 565P84.

Case below: 70 N.C. App. 322.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 January 1985. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 8 January 1985.

## JACKSON v. BUMGARDNER

No. 670A84.

Case below: 71 N.C. App. 107.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 8 January 1985. Petition by defendant for discretionary review under G.S. 7A-31 allowed as to additional issues 8 January 1985. Notice of appeal by defendant dismissed 8 January 1985.

## McDOWELL v. SMATHERS SUPER MARKET

No. 643P84.

Case below: 70 N.C. App. 775.

Petitions by defendants (Super Market and Charles Robert Smathers) for discretionary review under G.S. 7A-31 denied 8 January 1985.

## McLEAN v. McDOUGALD

No. 584P84.

Case below: 70 N.C. App. 494.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 January 1985.

## MARCOIN, INC. v. McDANIEL

No. 620P84.

Case below: 70 N.C. App. 498.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1985.